



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2022
OCTOBER 31, 2023 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:23-cr-00176
    21 U.S.C. § 841(a)(1)

TIMOTHY BRIAN JACKSON

## I N D I C T M E N T

The Grand Jury Charges:

On or about August 29, 2022, at or near Saint Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant TIMOTHY BRIAN JACKSON knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C § 853, 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2. Notice is hereby given to defendant TIMOTHY BRIAN JACKSON of the United States' intent to institute forfeiture proceedings pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) upon the conviction of the above-captioned defendant for an offense in violation of 21 U.S.C. § 841(a)(1), shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offenses and any property, including any firearms or ammunition, used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including by not limited to the following items seized by law enforcement officers:

i.  $15,000.00, more or less, in United States Currency seized by law enforcement officers on or about July 29, 2022, from a United States Postal Service Priority Mail package bearing tracking number 9505 5119 9247 2208 5688 53;

ii. $20,501.63, more or less, in United States Currency seized by law enforcement officers on or about August

                29, 2022, from a Chase Bank account with an account number ending in 2080;

iii.    a Smith and Wesson, model M&P 15, 5.56 caliber semi-automatic rifle bearing serial number TH79407, and related ammunition, seized by law enforcement officers on or about August 29, 2022, during the execution of a search warrant at 911 Overlook Way, South Charleston, Kanawha County, West Virginia; and

iv.    a Panzer Arms, model AR-12, semi-automatic shotgun bearing serial number YD-20-02792, and related ammunition, seized by law enforcement officers on or about August 29, 2022, during the execution of a search warrant at 911 Overlook Way, South Charleston, Kanawha County, West Virginia.

                              WILLIAM S. THOMPSON
                              United States Attorney

                By:   s/Jeremy B. Wolfe
                              JEREMY B. WOLFE
                              Assistant United States Attorney