UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 2:23-00176

TIMOTHY BRIAN JACKSON

## GUILTY PLEA

In the presence of Rico R. Moore, my counsel, who has fully explained the charge contained in the indictment against me and, having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to the single-count Indictment.

_____1-25-24_____   _____/s/ Timothy Brian Jackson_____
Date                  Timothy Brian Jackson

Witness:

_____/s/ Rico R. Moore_____
Counsel for defendant