# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 1/25/2024 | Case Number: | 2:23-cr-00176 |
| Case Style: | USA v. Timothy Brian Jackson | | |
| Type of hearing: | Plea hearing | | |
| Before the Honorable: | 2508-Copenhaver | | |
| Court Reporter: | Catherine Schutte-Stant | Courtroom Deputy: | Mary Anne Williams |

Attorney(s) for the Plaintiff or Government:
Jeremy Wolfe

Attorney(s) for the Defendant(s):
Rico R. Moore

Law Clerk:

Probation Officer: Michele Wentz

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 1:38 PM | 2:43 PM | Non-Trial Time/Uncontested Time |

Time in court: 1 hours and 5 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

1:30 p.m. case set
1:38 p.m. case called;
Counsel noted appearances, purpose of hearing to enter plea of guilty to single-count indictment;
Defendant sworn;
Defendant gave personal information;
Court read single-count indictment, defendant understands;
Court explained elements of the offense, defendant understands;
Defendant discussed with his counsel all the facts, and counsel explained all the available defenses, defendant understands;
Original plea agreement provided to the court;
Court explained plea agreement, government read stipulation of facts, defendant understands everything;
$100 Special Assessment to be paid this date;
Defendant confirmed approval and agreement of the written plea agreement, confirmed signature and initials on plea agreement;
Court explained constitutional rights, waiver of constitution rights, penalties including mandatory minimum and maximum, potential penalties under the guidelines, restitution, supervised release, additional terms of supervised release, explained guideline range, and 3553(a) sentencing factors, defendant understands;
Defendant pleads guilty voluntarily, with full knowledge of consequences and waiver of rights;
Defendant waived further reading of single-count indictment;
Defendant signed written guilty plea as to single-count indictment;
Court received and filed written guilty plea;
Defendant explained in his own words the factual basis for the offense;
Court found a factual basis for plea of guilty, accepted the plea and the plea agreement and adjudged the defendant guilty on single-count indictment;
Court directed presentence investigation;
Sentencing set for 1:30 p.m. on April 25, 2024;
Court heard arguments regarding bond as more fully set forth on the record;
Court finds no exceptional circumstances for defendant to remain on bond;
Defendant ordered to report to the U.S. Marshal by 2:00 p.m. on January 29, 2024;
2:43 p.m. hearing concluded.